

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-20-00371-CV

**IN THE INTEREST OF L.M., ET AL CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02077
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Dad's brief was due to be filed with this court on September 14, 2020. *See* TEX. R. APP. P. 38.6(a). Three weeks after the due date, Dad filed a motion for an extension of time to file his brief until October 25, 2020.

Appellant Dad's motion is GRANTED. His brief is due on October 25, 2020. Any subsequent motion for extension of time to file the brief will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court